### THE CITY OF DENVER v. HAMILTON.

CASE FOLLOWED.
The judgment in this case is affirmed on the authority of *Denver v. Johnson, ante,* p. 384.

*Appeal from the District Court of Arapahoe County.*

Mr. F. A. WILLIAMS and Mr. GEORGE Q. RICHMOND, for appellant.

Messrs. DOUD & FOWLER and Mr. W. W. PARDEE, for appellee.

PER CURIAM. The facts in this case are the same as in the *City of Denver v. Johnson, ante,* p. 384. Both parties were in the same wagon and received injuries in precisely the same way. The cases were tried together, but, of necessity, separate judgments were entered. In this case the judgment was $250, from which a separate appeal was taken. The decision in this case must be the same as in the former.

*Affirmed.*